**Order filed October 25, 2012.**



In The

# Fourteenth Court of Appeals

_____

### NO. 14-12-00895-CR
_____

**JOE ANTHONY MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 338th District Court
Harris County, Texas
Trial Court Cause No. 765967**

## O R D E R

This is an appeal from the trial court's order signed May 8, 2012, denying DNA testing pursuant to Chapter 64 of the Texas Code of Criminal Procedure. The clerk's record was filed September 28, 2012. The record contains a letter from appellant in which he states that a motion for new trial was timely filed.

Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Appellant's Motion for New Trial from the denial of DNA testing filed on or about June 8, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before **November 16, 2012**, containing Appellant's Motion for New Trial from the denial of DNA testing filed on or about June 8, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM